HOLLAND & KNIGHT LLP
Abraham J. Colman (SBN 146933)
E-mail: abe.colman@hklaw.com
Zachary C. Frampton (SBN 303225)
E-mail: zac.frampton@hklaw.com
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: 213 896 2400
Facsimile: 213 896 2450

Attorneys for Defendant
Applied Bank

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOYIN DAWODU, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN, ET. AL.,<br><br>Defendants. | Case No.: 5:24-cv-00686-KK-SP<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND APPLIED BANK**<br><br>Hon. Kenly Kiya Kato<br>Hon. Sheri Pym<br><br>Complaint Filed: February 16, 2024 |

**TO THE COURT AND ALL PARTIES:**

Plaintiff Toyin Dawodu ("Plaintiff") and Defendant Applied Bank ("Applied") have reached a settlement in principle. The Parties anticipate filing a dismissal with prejudice within 30-45 days.

Dated: May 8, 2024          HOLLAND & KNIGHT LLP


By: /s/ Zachary C. Frampton
          Zachary C. Frampton

*Attorneys for Defendant*
*Applied Bank*

CASE NO. 5:24-cv-00686-KK-SP          - 1 -
NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND APPLIED BANK

# PROOF OF SERVICE

I, Zachary C. Frampton, declare as follows:

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 400 South Hope Street, 8th Floor, Los Angeles, CA 90071, in said County and State.

On **May 8, 2024**, I served the following document(s):

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND APPLIED BANK**

on the parties stated below, by the following means of service:

Toyin Dawodu                                   *Plaintiff Pro-Se*
P.O. Box 55430
Riverside, CA 92517
Tel.: 951-750-8429
E-mail: toyin@capvestgroup.com

☑ **BY ELECTRONIC SERVICE:** On the above-mentioned date, based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses as shown above.

☐ **By MAIL**. I am readily familiar with this law firm's practice for collection and processing of documents for mailing with the U. S. Postal Service. The above-listed document(s) will be deposited with the U. S. Postal Service on the same day shown on this affidavit, in the ordinary course of business. I am the person who sealed and placed for collection and mailing the above-listed document(s) on this date at Irvine, California, following ordinary business practices.

☑ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 8, 2024**.

_____
Bobbette Mack

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400
Fax: 213.896.2450

CASE NO. 5:24-CV-00686-KK-SP
NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND APPLIED BANK