1 Alan D. Leeth (SBN 199226)
BURR & FORMAN LLP
2 420 North 20th Street, Suite 3400
Birmingham, AL 35203
3 Phone: (205) 458-5499
Fax: (205) 244-5670
4 aleeth@burr.com

5 Attorney for Defendant
FIRST NATIONAL BANK
6

7

8 **IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**
9

10 TOYIN DAWODU, INDIVIDUALLY | Case No. 5:24-cv-00686-KK-SP
AND ON BEHALF OF ALL OTHERS
11 SIMILARLY SITUATED,

12 Plaintiff, | **JOINT NOTICE OF SETTLEMENT BETWEEN FIRST NATIONAL BANK AND PLAINTIFF**

13 v.

14 EXPERIAN, A COMP.,
TRANSUNION, A COMP., EQUIFAX | Hon. Keny Kiya Kato
15 INC., A COMP., CREDIT ONE BANK, | Hon. Sherri Pym
A CORP., FIRST NATIONAL
16 CAPITAL CORPORATION, A CORP.,
FIRST PREMIER BANK, A CORP.,
17 LENDING CLUB, A COMP.,
FINANCIAL STABILITY BOARD, A
18 ORG., APPLIED BANK, A CORP.,
CAPITAL ONE, A CORP., CCS FIRST
19 NATIONAL BANK, A CORP., US
BANK, A CORP., STATE FARM, A
20 CORP., CREDIT MANAGEMENT LP,
CHARTER COMMUNICATIONS,
21 SPECTRUM.COM, AND DOES 1-50,

22 Defendants.

23

24 **TO THE COURT AND ALL PARTIES:**

25 Plaintiff Toyin Dawodu and Defendant First National Bank have reached a

26 settlement in principle. The Parties anticipate filing a dismissal with prejudice within

27 30 days.

28 Respectfully submitted this 10th day of May, 2024.

**JOINT NOTICE OF SETTLEMENT BETWEEN FIRST NATIONAL BANK AND PLAINTIFF**

1
2       */s/ Alan D. Leeth*
         Alan D. Leeth, CA Bar #199226
3        E-mail: aleeth@burr.com
         BURR & FORMAN LLP
4        420 North 20th Street, Suite 3400
         Birmingham, AL 35203
5        Telephone: (205) 251-3000
         Facsimile: (205) 458-5100
6
         Attorney for Defendant,
7        FIRST NATIONAL BANK
8
9       */s/ Toyin Dawodu*
         Toyin Dawodu
10       Etoyin@capvestgroup.com
         P.O. Box 55430
11       Riverside, CA 92517
         Telephone: (951) 750-8429
12
         Plaintiff, pro se
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT NOTICE OF SETTLEMENT BETWEEN FIRST NATIONAL BANK AND PLAINTIFF**
**2**

# CERTIFICATE OF SERVICE

A copy of the foregoing **JOINT NOTICE OF SETTLEMENT BETWEEN FIRST NATIONAL BANK AND PLAINTIFF** has been filed this 10th day of May, 2024 through the Court's CM/ECF system, which will send notification of such filing to all parties of record. A copy of the foregoing has also been served on the following by placing a true copy thereof for deposit in the United States Postal Service in a sealed envelope, with postage prepaid, addressed as follows:

>Toyin Dawodu
>P.O. Box 55430
>Riverside, CA 92517
>Pro Se

*s/ Alan D. Leeth*
Alan D. Leeth (SBN 199226)