TROUTMAN PEPPER
HAMILTON SANDERS LLP
Brenna J. McGill, Esq. (SBN 327181)
Brenna.mcgill@troutman.com
Two California Plaza
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
P: 213.928.9800
Attorney for Defendant
First Premier Bank

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Eastern Division – Riverside)

| TOYIN DAWODU,<br><br>   Plaintiff,<br><br> v.<br><br>EXPERIAN, et al.<br><br>   Defendants. | Case No. 5:24-cv-00686-KK-SP<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT FIRST PREMIER BANK**<br><br>Complaint Filed: February 16, 2024<br>Current Date: June 6, 2024<br>New Date: June 27, 2024 |
|---|---|

TO THE HONORABLE COURT AND ALL PARTIES:

Plaintiff Toyin Dawodu and Defendant First Premier Bank have reached a settlement agreement. The Parties anticipate filing a dismissal with prejudice within 5 days.

/ / /

/ / /

/ / /

/ / /

| | | | |
|---|---|---|---|
| 1 | Dated: | June 10, 2024 | TROUTMAN PEPPER HAMILTON SANDERS LLP |
| 2 | | | |
| 3 | | | |
| 4 | | | By: */s/ Brenna J. McGill* <br> Brenna J. McGill |
| 5 | | | Attorneys for Defendant <br> First Premier Bank |
| 6 | | | |
| 7 | | | |
| 8 | Dated: | June 10, 2024 | |
| 9 | | | |
| 10 | | | By: */s/ Toyin Dawodu* |
| 11 | | | Plaintiff |

# **ATTESTATION**

I attest pursuant to Local Rule 5-4.3.4(a)(2)(i) that all parties on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

Dated: June 10, 2024

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Brenna J. McGill*
Brenna J. McGill

Attorneys for Defendant
First Premier Bank

172331865